# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| UNITE HERE RETIREMENT FUND, TRUSTEES OF THE UNITE HERE RETIREMENT FUND, 333 Westchester Ave., North Building White Plains, New York 10604 | : : : : : : | CIVIL ACTION |
| *Plaintiff*, v. | : : : | |
| AFP 107 CORP., AFP MANAGEMENT CORP. d/b/a HILTON ALBANY 9 Park Place 4th Floor Great Neck, N.Y. 11021 | : : : : : | |
| *Defendant*. | : | NO. 18-7853 |

## NOTICE OF VOLUNTARY DISMISSAL

NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiffs UNITE HERE Retirement Fund by and through their counsel(s), hereby give notice that the above captioned action is voluntarily dismissed, with prejudice against the defendant(s) AFP 107 CORP., AFP MANAGEMENT CORP. d/b/a HILTON ALBANY.

**CLEARY, JOSEM & TRIGIANI LLP**

BY: *s/ Regina C. Hertzig, Esquire*
WILLIAM T. JOSEM, ESQUIRE
REGINA C. HERTZIG, ESQUIRE
Constitution Place
325 Chestnut Street, Suite 200
Philadelphia, PA 19106
(215) 735-9099
wtjosem@cjtlaw.org
rhertzig@cjtlaw.org

DATED: December 4, 2018